# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

MAY 28 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Cory David Brown
[You are the PLAINTIFF, print your full name on this line.]

v.

Mrs. English (DOC warden)
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:24-cv-457
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Mrs. English (warden) | Miami Correctional Facility 3038 West 850 South Bunker Hill, Indiana 46914 |
| 2 | [Put the names of any other defendants in these boxes.] Lt. Calvert | Miami Correctional Facility 3038 west 850 South Bunker Hill, Indiana 46914 |
| 3 | Christina Reagle (Commissioner) | 302 W Washington street, RmE-334 Indianapolis, Indiana 46204 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing?  3

2. What is the name and address of your prison or jail?  Miami Correctional Facility 3038 West 850 South Bunkerhill, Indiana 46914

3. Did the event you are suing about happen there?  ☒ Yes.  ◯ No, it happened at: _____

4. On what date did this event occur?  from Feburary 18th, 2024 until May 15th, 2024, etc!

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. So Mrs. English runs Miami Correctional Facility. I am and have been currently housed in A cell house since 2-17-24. Exact cell location A239. As of Today, May 8th, 2024, I have been treated with Cruel & Unusual Punishment for going on 3 months now. The only evidence I need to prove this case will be short and simple, for the past 3 months I have literally recieved Recreational Activities outside my cell maybe 2 hours a week. Sometimes less. ~~so I need to say~~ ~~to the best of my knowledge~~ I've literally been stuck in a single man cell day in and out with no out of cell time going crazy in my head and its really took a tole on me mentally. Mrs. English is very aware of this 8th amendment violation for Cruel & Unusual Punishment and this facility has done nothing to change it. (2.) Lt. Calvert is the head officer of A cell House. Me including everyone in the cell house have complained for months about not recieving our fair Rights of Recreational Activities and he has done nothing also violating my 8th amendment Rights for Cruel and Unusual

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**Claims and Facts (continued)**

Punishment. Lt. Calvert's excuse is he doesn't have enough staff to facilitate offender Rec when we're scheduled for Rec (Per Policy). Miami Correctional Facility and Lt. Calvert not having enough staff to hold up to the Policy Book & rules for my Recreational Activities has nothing to do with me. When I came to DOC I was told in my offender handbook it's my Right and Privilege for Recreational Activities each day. I'm Required to have it. NOT when they feel like doing it. Usually when a business doesn't have enough personnel to maintain Policy & Procedure, they go out of business. So, I shouldn't have to face Cruel & Unusual Punishment each and everyday Because DOC and Miami Correctional Facility aint conducting Policy & Procedure correctly. (3) The DOC commissioner Christina Reagel should be very aware of how her business is running across the state of Indiana. For Miami Correctional Facility's staff, Mr. English & Lt. Calvert, To Be Conducting their duties as warden & Lt, and being whose in charge of me to maintain my Rights and Privileges each day and failing to do so makes Christina Reagle liable. She should be on top of everything and not allow her facility to violate my 8th amendment Rights for Cruel & Unusual Punishment each day. This has all severely messed me up mentally. 4) The Correctional officer (Log Book) for it cell House that Documents our Rec time and simple Camera footage each day will show my Rights have been violated numerous times and its still continuing til this day!!

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

~~@~~ ~~[scribbled out]~~

~~[scribbled out]~~

(4) Also, This facility has Refused me Rights of Access to a Kiosk machine. When I moved to A unit from L-dorm my Property was stolen and I filed a theft Report and grievance Complaining About my tablet Being Stolen. From 2-17-24 until present Day of may 6th, 2024 this facility, MR. English and Lt. Calvert exactly, have denied me my Right for use of Kiosk. Thats Defintley violating my Rights of Cruel and Unusual Punishment my 8th amendmant. There Preventing me from The Education Icon, Religous Icon, writing the obudsman, checking messages from my family etc everyday. I should defintley Be allowed to Do these things like every other offender and I cant help my stuff was Stolen. Some of my family and friends aint on my phone list and I have to message Them But I cant Becciuse this facility Refuses to allow me Access. I shouldnt have To suffer everyday and I want Justice!

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ☒ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ☒ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because I've Grieved This matter and exhausted All Available Remedies! I'm not Recieveing Responses and will Swear Under oath too it.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   I want The Court To demand The defendants to Run Their Buisness correctly if there going to Run it, and I want Paid for each times I was Per Policy allowed Recreactional Activities and denied my Right violating my 8th amendment which has mentally hurt me Bad.

[Initial Each Statement]
CB   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
CB   I will keep a copy of this complaint for my records.
CB   I will promptly notify the court of any change of address.
CB   I WILL NOT send more than one copy of any filing to the court.
CB   I WILL NOT send summons, USM-285, or waiver forms to the clerk.
CB   I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                    250542
Signature                                            Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]