# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CORY DAVID BROWN
        Plaintiff

   v.

Civil Action No. 3:24-cv-457

ENGLISH, *Mr., DOC Warden;*
CALVERT, *Lt.;*
CHRISTINA REAGLE, *Commissioner*
        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).
This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Judge Damon R Leichty

DATE: 3/21/2025                  CHANDA J. BERTA, CLERK OF COURT

                                             by  s/ S. Jarrell
                                             *Signature of Clerk or Deputy Clerk*